**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6488**

DEANTHONY DOANE,

            Petitioner - Appellant,

        v.

GENE   JOHNSON,   Director   of   Virginia   Department   of
Corrections,

            Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:09-cv-01154-GBL-JFA)

Submitted:  June 18, 2010            Decided:  June 29, 2010

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

DeAnthony Doane, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeAnthony Doane appeals the district court's order dismissing this 28 U.S.C. § 2254 (2006) action without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal for the reasons stated by the district court. Doane v. Johnson, No. 1:09-cv-01154-GBL-JFA (E.D. Va. filed Feb. 26, 2010; entered Mar. 1, 2010). We deny the motions for appointment of counsel and for an evidentiary hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED